NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Kathleen E. Finnerty, SBN: 157638
K. FINNERTY LAW, INC.
3017 Douglas Blvd, Suite 230
Roseville, CA 95661
Tel: 916.783.1644
Email: KFinn@KFinnertyLaw.com

ATTORNEY(S) FOR: Defendants, SPIRE HOSPITALITY, LLC et al.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ALGER<br><br>Plaintiff(s),<br>v.<br>SPIRE HOSPITALITY, LLC, a Delaware limited liability company; and AWH BURBANK HOTEL, LLC, a Delaware limited liability company<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-04568-SPG-(JPRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JAMES ALGER | Plaintiff |
| SPIRE HOSPITALITY, LLC | Defendant |
| AWH BURBANK HOTEL, LLC | Defendant |

September 18, 2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants, SPIRE HOSPITALITY, LLC, et al.