```
AARON M. CLEFTON, Esq. (SBN 318680)
PAUL L. REIN, Esq. (SBN 43053)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff
JAMES ALGER
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>     Plaintiff,<br><br>v.<br><br>SPIRE HOSPITALITY, LLC, a Delaware limited liability company; and AWH BURBANK HOTEL, LLC, a Delaware limited liability company,<br><br>     Defendant. | CASE NO. 2:23-cv-04568-SPG-JPR<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff JAMES ALGER and Defendants SPIRE HOSPITALITY, LLC and AWH BURBANK HOTEL, LLC, hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed for 60 days so that the parties may finalize settlement documents and effectuate settlement.  Once the settlement documents have been executed and performed the parties will file a stipulated dismissal.

| | | |
|---|---|---|
| Date: October 11, 2023 | | REIN & CLEFTON<br>ALLACCESS LAW GROUP |
| | | */s/ Aaron M. Clefton*<br>By AARON M. CLEFTON, Esq.<br>Attorney for Plaintiff<br>JAMES ALGER |
| Date: October 11, 2023 | | K. FINNERTY LAW, INC. |
| | | */s/ Kathleen E. Finnerty*<br>By KATHLEEN E. FINNERTY, Esq.<br>Attorney for Defendants<br>SPIRE HOSPITALITY, LLC; AWH BURBANK HOTEL, LLC |

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on October 11, 2023, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Kathleen Finnerty, Esq. in the filing of this document.

*/s/ Aaron Clefton*

Aaron Clefton