AARON M. CLEFTON, Esq. (SBN 318680)
PAUL L. REIN, Esq. (SBN 43053)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Fax: 510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff
JAMES ALGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SPIRE HOSPITALITY, LLC, a Delaware limited liability company; and AWH BURBANK HOTEL, LLC, a Delaware limited liability company,<br><br>　　　Defendants. | CASE NO. 2:23-cv-04568-SPG-JPR<br><u>Civil Rights</u><br><br>**STIPULATION OF DISMISSAL** |

　　Plaintiff JAMES ALGER and Defendant SPIRE HOSPITALITY, LLC, a Delaware limited liability company; and AWH BURBANK HOTEL, LLC, a Delaware limited liability company, hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice. Each side shall pay its own attorneys' fees

1

1  and costs.

2  Date: January 8, 2024                          REIN & CLEFTON
3                                                 ALLACCESS LAW GROUP

4
                                                   */s/ Irakli Karbelashvili*
5                                                  IRAKLI KARBELASHVILI, Esq.
                                                   Attorney for Plaintiff
6                                                  JAMES ALGER

7

8

9

10  Date: January 9, 2024                         K. FINNERTY LAW, INC.

11
                                                   */s/ Kathleen E. Finnerty*
12                                                 Kathleen E. Finnerty
                                                   Attorney for Defendants SPIRE
13                                                 HOSPITALITY, LLC and AWH
                                                   BURBANK HOTEL, LLC
14

15

16

17  **FILER'S ATTESTATION**

18      Pursuant to Local Rules, I hereby attest that on January 9, 2024, I, Irakli

19  Karbelashvili, attorney with AllAccess Law Group, received the concurrence of

20  Kathleen Finnerty, Esq. in the filing of this document.

21

22                                                 */s/ Irakli Karbelashvili*

23                                                 Irakli Karbelashvili

2

STIPULATION OF DISMISSAL
CASE NO. 2:23-cv-04568-SPG-JPR