JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>     Plaintiff,<br><br>     v.<br><br>SPIRE HOSPITALITY, LLC, a Delaware limited liability company; and AWH BURBANK HOTEL, LLC, a Delaware limited liability company<br><br>     Defendants. | Case No. 2:23-cv-04568-SPG-JPR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice

Dated:  January 9, 2024

_____
Honorable Sherilyn Peace Garnett
U.S. District Court Judge